**Order entered November 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01313-CV

**INSURANCE ALLIANCE, Appellant/Cross-Appellee**
V.
**LAKE TEXOMA HIGHPORT, LLC, Appellee/Cross-Appellant**
**AND**
**BOWOOD PARTNERS, LIMITED, Appellee/Cross-Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 08-0604-397**

## ORDER

We **DENY** Insurance Alliance's March 5, 2014 request to take judicial notice of Lake Texoma Highport's arbitration award. We also **DENY** Lake Texoma Highport's November 25, 2013 motion to strike the exhibits attached to Insurance Alliance's reply brief.


/s/     ADA BROWN
          JUSTICE